IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| PERLA CABALLERO-SANCHEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:20-CV-212-Z |
| | § | |
| TENNESSEE STEEL HAULERS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The court is advised by the clerk of court that Carlos Rincon, whose name appears on a pleading in this case, is not a member of the Bar of the Northern District of Texas. Accordingly, within 30 days of the date of this order, Counsel shall either (1) provide to the court, and to the clerk of court, satisfactory documentation of membership[1] or (2) apply for membership in the Bar of this Court or for admission *pro hac vice* for this case.

**SO ORDERED**

October 16, 2020.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] A letter stating the date of counsel's admission to the Bar of this Court is satisfactory documentation.